U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 16 2009
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF ARKANSAS

NELSON MEDINA, and VENGEANCE FUTEBOL CLUB

      Plaintiffs

    v.

ARKANSAS COMETS FUTBOL CLUB, SAMIR HAJ,
NWA LIGHTNING SOCCER CLUB, TADEUS DIAS,
FORT SMITH EXPRESS SOCCER CLUB, PETER HIRSH,
ARKANSAS STATE SOCCER ASSOCIATION, and GAYLE SMITH

      Defendants

)
)
)
)
)
)
)
)

Civil Action No. 09-5196

## COMPLAINT FOR UNLAWFUL RESTRAINT OF TRADE

1.     This action arises under Federal statutes contained within and popularly described as the Sherman Antitrust Act, Title 15, Chapter 1, Section 1 et seq. of the U.S. Code and the 14th Amendment of the United States Constitution.

2.     Plaintiff, Nelson Medina, is an individual resident of Washington County, Arkansas, engaged in the operation of a youth soccer club. Mr. Medina is the President of Vengeance Futebol Club.

3. Plaintiff, Vengeance Futebol Club is a youth soccer club operating in Washington and Benton Counties, Arkansas.

4. Defendant, Arkansas Comets Futbol Club is a corporation engaged in the business of operating a youth soccer club in Washington and Benton Counties, Arkansas.

5. Defendant, Samir Haj, is an individual resident of Washington County, Arkansas, engaged in the operation of a youth soccer club. Mr. Haj is a member of the Board of Directors of the Arkansas Comets Futbol Club and the Arkansas State Soccer Association. Mr. Haj is also a Vice President of the Arkansas State Soccer Association.

6. Defendant, NWA Lightning Soccer Club is a corporation engaged in the business of operating a youth soccer club in Washington and Benton Counties, Arkansas.

7. Defendant, Tadeus Dias is an individual resident of Benton County, Arkansas, engaged in the operation of a youth soccer club. Mr. Dias is the Director of Coaching of the NWA Lightning Soccer Club.

8. Defendant, Fort Smith Express Soccer Club is a corporation engaged in the business of operating a youth Soccer Club in Sebastian County, Arkansas.

9. Defendant, Peter Hirsh, is an individual resident of Sebastian County, Arkansas, engaged in the operation of a youth soccer club. Mr. Hirsh is the President of the Fort Smith Express Soccer Club.

10. Defendant, Arkansas State Soccer Association is a corporation engaged in the sanctioning of soccer clubs and activities in the State of Arkansas.

11. Defendant, Gayle Smith is an individual resident of White County, Arkansas. Ms. Smith is the Executive Director of the Arkansas State Soccer Association.

12. Defendants herein have acted in concert and consistent with their agreement to

prevent the Plaintiffs from engaging in the operation of a youth soccer club, both within the state of Arkansas and outside the state.

13. Defendants herein have conspired to prevent the Plaintiffs from participating in tournaments and competitions necessary for the operation of a youth soccer club.

14. The Defendants conspiracy has the effect of unreasonably restraining trade and preventing the Plaintiffs from participating in interstate commerce.

15. The Defendants herein have created a monopoly for the operation of youth soccer clubs by exercise of their agreements to restrict sanctioning of clubs and limit participation in tournaments and competitions.

16. The Defendants herein have have acquired and maintained their monopoly by refusing to allow entry into the relevant market in direct contravention of their stated Bylaws and Policies.

**COMPLAINT FOR INJUNCTIVE RELIEF**

17. Each and every element stated above is hereby incorporated by reference.

18. In August of 2009 Plaintiffs applied and were accepted to participate in a soccer tournament, referred to as Dawg Daze, operated by the Defendant Fort Smith Express Soccer Club (hereinafter "FSE").

19. Subsequent to the acceptance by FSE of the application by Vengeance Futebol Club (hereinafter "VFC") and Mr. Medina, Jessie Williams, Director of Coaching for FSE, was contacted by Samir Haj on behalf of the Arkansas Comets Futbol Club (hereinafter "Comets") and the Arkansas State Soccer Association (hereinafter "ASSA") and Tadeus Dias on behalf of the NWA Lightning Soccer Club (hereinafter "Lightning").

20. Mr. Williams was advised that if VFC is allowed to participate in the Dawg Daze tournament then Comets and Lightning would withdraw their participation in that tournament.

21. Mr. Williams was subsequently directed by Peter Hirsh to act in conformance with the group boycott presented by Haj and Dias and retroactively reject the applications from VFC, in recognition of the monopolistic economic power wielded by Comets, Lightning and ASSA in the relevant market.

22. Mr. Williams subsequently notified the Plaintiffs that their previously accepted applications were being returned and the children associated with VFC are excluded from participation in the Dawg Daze tournament.

23. In furtherance of the conspiracy and collusion by and between the Defendants, Mr. Williams was advised by Gayle Smith to change the requirements for participation in the Dawg Daze tournament in order to cover up the acts of unlawful restraint of trade committed by the Defendnats.

24. Preventing VFC from participating in the Dawg Daze tournament would result in irreparable harm to the Plaintiffs and all the children who play soccer for VFC teams.

25. Based upon the per se violations of Federal law the Plaintiffs have a high probability of success in this matter.

THEREFORE, Plaintiffs pray that this Court enter judgment for the Plaintiffs, award damages to the Plaintiff in the amount of $100,000.00, enter an order enjoining Defendants from taking any further action in restraint of trade directed at Plaintiffs and any other relief to which Plaintiffs may be lawfully entitled. Further Plaintiffs pray that this Court immediately schedule a hearing pursuant to Rule 65 of the Federal Rules of Civil Procedure for the purposes of entering a Temporary Restraining Order directing Defendants to honor their

acceptance of the tournament applications made by Plaintiffs and allow those teams and all associated children to participate in the Dawg Daze tournament.

Date:  September 16, 2009

Respectfully submitted,

*Mark N Waller*
Mark N. Waller
Waller Law Firm P.L.C.
P.O. 4624
Fayetteville AR 72702
479-372-8698
wallerlawplc@gmail.com